UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED _____ D.C.

04 JUL -9 PM 3: 37

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

v.   No. 03-cr-20107-Breen

MELISSA CAMPBELL RABAGLIA

*NOTICE OF APPEAL*

## MOTION TO DECLARE DEFENDANT INDIGENT FOR THE PURPOSES OF APPEAL ONLY

COMES NOW the Defendant, Melissa Campbell Rabaglia, by and through her counsel of record, Leslie I. Ballin, and would respectfully request that she be declared indigent for the purposes of appeal only. In support of her request, Defendant would state that she due to her indigency, she is unable to bear the cost of an attorney for the purposes of appeal.

WHEREFORE PREMISES CONSIDERED, the Defendant, Melissa Rabaglia, prays she be declared indigent by this Honorable Court and that this Court appoint counsel to her for the purposes of appeal in this cause.

Respectfully submitted,

/s/ Leslie Ballin

BALLIN, BALLIN & FISHMAN, P.C.
Leslie I. Ballin, Esq.
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103
(901) 525-6278

Attorney for Defendant



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Tracy Berry, Assistant United States Attorney, 167 North Main Street, 8th Floor, Memphis, TN 38103; via facsimile and/or United States mail, first class postage prepaid, this the 8th day of July, 2004.

*[signature]*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:03-CR-20107 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT